■ In the Matter of LAWRENCE RAYMOND ALBRO, JR., Petitioner, v WILLIAM N. ELLISON, as Judge of the County Court of Schuyler County, et al., Respondents. — Proceeding pursuant to CPLR article 78 (initiated in this court pursuant to CPLR 506, subd [b], par 1) to prohibit respondents from retrying petitioner on the grounds of double jeopardy. Proceeding withdrawn and discontinued by stipulation, without costs. Mahoney, P. J., Sweeney, Kane, Casey and Levine, JJ., concur.

## (March 29, 1982)

■ In the Matter of JOSEPH E. PAYETTE, Respondent, v MARY L. PAYETTE, Appellant. — Cross motion to dismiss appeal granted, without costs, unless appellant shall serve a copy of the notice of appeal on the Rensselaer County Attorney on or before April 12, 1982, in which event cross motion denied (see *Matter of Rodes v Rodes*, 19 AD2d 791). In the event a copy of the notice of appeal is timely served on the Rensselaer County Attorney, motion for extension of time to perfect appeal granted, without costs, and time extended to June 30, 1982. Mahoney, P. J., Kane, Casey, Mikoll and Yesawich, Jr., JJ., concur.

## (March 31, 1982)

■ WILLIAM M. BUCKLEY, Respondent, v ROBERT B. LITMAN, Appellant. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did Special Term err as a matter of law in denying defendant's motion for summary judgment?" Mahoney, P. J., Sweeney, Casey and Yesawich, Jr., JJ., concur.